**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7341**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

KINGG BILALIAN FAREED,

        Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:00-cr-00082-NCT-1)

Submitted:  November 18, 2010     Decided:  December 2, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kingg Bilalian Fareed, Appellant Pro Se.  Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kingg Bilalian Fareed appeals the district court's order denying his motion for a reduction in sentence pursuant to Amendment 706 to the Guidelines and 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Fareed, No. 1:00-cr-00082-NCT-1 (M.D.N.C. Sept. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED